IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO.: 4:22cr586 |
|---|---|
| v. | 18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 924(e)<br>18 U.S.C. § 924(d)(1)<br>28 U.S.C. § 2461(c) |
| **JOSHUA DAVID SMITH** | **INDICTMENT** |

## COUNT 1

**THE GRAND JURY CHARGES:**

That on or about May 18, 2022, in the District of South Carolina, the Defendant, **JOSHUA DAVID SMITH**, knowingly possessed a firearm and ammunition in and affecting commerce, to wit, a Taurus 9mm handgun and 9mm ammunition, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

**RECEIVED**

June 29, 2022

**FLORENCE, S.C.**

## FORFEITURE

FIREARM OFFENSE:

Upon conviction for felony violation of Title 18 United States Code, Section 922(g)(1) as charged in this Indictment, the Defendant, **JOSHUA DAVID SMITH**, shall forfeit to the United States all of the Defendant's rights, title, and interest in:

(a) any firearms and ammunition (as defined in 18 U.S.C. § 921) -

(1) involved in or used in any knowing violation of 18 U.S.C. § 922 or violation of any other criminal law of the United States.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

A. Firearm:

Taurus, model G2c, 9mm handgun and magazine
Serial number: TLP02151

B. Ammunition:

Miscellaneous rounds of 9mm ammunition

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A  *TRUE*  BILL

// FOREPERSON

COREY F. ELLIS
UNITED STATES ATTORNEY

BY: _____
Ryan M. Waller (Fed ID # 11855)
Special Assistant United States Attorney
401 West Evans Street, Suite 222
Florence, South Carolina 29501
Tel: (843) 667-3994
Fax: (843) 678-8809
Email: Ryan.Waller@usdoj.gov